UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILFORD TERRELL BY JEWELL YVONNE TERRELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MACYS WEST STORES, INC.,<br><br>Defendant. | Case No. 16-cv-02981-JD<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE AND ELECTRONIC FILING**<br><br>Re: Dkt. Nos. 17, 18 |

The Court grants permission for pro se plaintiff Julius Patrick Terrell to become an electronic case filing ("ECF") user in this case and to file documents electronically in the case docket. *See* Dkt. No. 18. Terrell should register for ECF as directed on the Court's website and Civil Local Rule 5-1.

The Court denies permission for any pro se plaintiff to appear telephonically at the case management conference on August 31, 2016. *See* Dkt. No. 17. This case management conference has been on calendar since June 27, 2016, and the plaintiffs have provided no justification for waiting until this late date to request telephonic appearance.

At the case management conference, the plaintiffs should be prepared to discuss their legal representation status. Plaintiffs are advised that the right to proceed pro se in federal court is a personal right, and does not extend to other parties or entities. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) (citing 28 U.S.C. § 1654). This means that a pro se litigant can pursue only his own personal, individual claims, and cannot pursue claims on behalf of any other person or entity, such as a minor child, an estate, or any other litigant. *Id*. at 664-65 ("a guardian or parent may not bring suit in federal court on behalf of a minor without first retaining an attorney" and a "non-attorney administrator of decedent's estate may not proceed pro se on behalf

1   of estate").

2       All parties should be prepared to discuss at the case management conference why they
3   failed to file a joint case management statement by August 24, 2016, as ordered by the Court.
4   Dkt. No. 12.

5   **IT IS SO ORDERED.**

6   Dated: August 25, 2016

                                                            JAMES DONATO
                                                            United States District Judge