UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILFORD TERRELL BY JEWELL YVONNE TERRELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MACYS WEST STORES, INC.,<br><br>Defendant. | Case No. 16-cv-02981-JD<br><br>**SECOND ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

Counsel for defendant filed a "Declaration of Matthew Noel in support of defendant's request for telephonic appearance" at the August 31, 2016, case management conference but no request was filed with it. In any event, the request is **denied** as untimely and without good cause. The case management conference date was set on June 27, 2016. It appears the depositions counsel mentioned were scheduled after that date. As the Court's Standing Order for Civil Cases states, telephonic appearances are granted only in exceptional circumstances and a "conflict with another court date scheduled after a date set by this Court is not an exceptional circumstance." In addition, the declarant provides no explanation why co-counsel Dave Roth or another attorney is unable to handle the one or both of the other matters.

**IT IS SO ORDERED.**

Dated: August 26, 2016

JAMES DONATO
United States District Judge