UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF WILFORD TERRELL BY JEWELL YVONNE TERRELL, et al.,

Plaintiffs,

v.

MACYS WEST STORES, INC.,

Defendant.

Case No. 16-cv-02981-SK

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter failed to appear at the case management conference on February 22, 2017, but defendant appeared at that proceeding in compliance with the Court's orders.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE in writing by no later than February 28, 2017 explaining why monetary sanctions should not be imposed against plaintiffs' counsel, Julius Patrick Terrell of JPT Law, PLLC and Bryan Lamb of Lamb and Frischer Law Firm, LLP, for failure to comply with this Court's order at Docket No. 45, requiring the parties to appear for a case management conference.

**IT IS SO ORDERED**.

Dated: February 22, 2017

SALLIE KIM
United States Magistrate Judge