UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILFORD TERRELL BY JEWELL YVONNE TERRELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MACYS WEST STORES, INC.,<br><br>Defendant. | Case No. 16-cv-02981-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 121 |

The Court is advised that the parties have reached a settlement of this case and expect to file a dismissal within thirty days. Therefore, **IT IS HEREBY ORDERED** that this action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: April 13, 2018

_____
SALLIE KIM
United States Magistrate Judge